BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant U.S. Attorney
2500 Tulare Street, Room 4401
Fresno, California 93721
Telephone: (559) 497-4000

**FILED**
NOV 29 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK
S. MARTIN-GILL

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12 CR 00421 LJO SKO |
| Plaintiff, | |
| v. | ORDER RE: EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL RULES OF CRIMINAL PROCEDURE |
| JONATHAN ERIK HERRERA | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein is sealed until further order of this Court.

DATED: 11/29/30

_____
U.S. MAGISTRATE JUDGE

3