1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

FILED

FEB 2 5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

7  Attorneys for Plaintiff
   United States of America

9            IN THE UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          CASE NO. 1:12-CR-000421 LJO SKO

13            Plaintiff,                ORDER TO UNSEAL INDICTMENT

14       v.

15  JONATHAN ERIK HERRERA

16            Defendant.

18       This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of
19  Criminal Procedure.
20       IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made
21  public record.

23  DATED: 2/25/13

                                        _____
                                        United States Magistrate Judge

Motion to Unseal Indictment                 2