**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiffs, <br><br> v. <br><br> **JONATHAN ERIK HERRERA,** <br><br> Defendant. | 1:12-cr-00421 LJO-SKO-1 <br><br> **ORDER FOLLOWING IN CAMERA REVIEW OF RECORDS OF THE FRESNO POLICE DEPARTMENT PURSUANT TO CRIMINAL CASE SUBPOENA** |

On May 16, 2014, the Court met in chambers with Larry Donaldson, Senior Deputy City Attorney for the City of Fresno. Counsel Donaldson brought with him the complete personnel files of Fresno police officers Art Rodriguez (#P422) and Michael Aguilar (#P1489) for review pursuant to the SUBPOENA IN A CRIMINAL CASE in case #12-CR-0421 LJO that was issued on May 2, 2014.

The review, pursuant to the subpoena, was to find records that pertained to any history of:

    1. The adequacy of Miranda warning and related concerns;

    2. Issues in any way relating to prior allegations or findings of any false or misleading statements or omissions;

1

3. Any history of allegations or findings concerning involuntary confessions, including issues of coercion or threats during questioning.

The files contained no related such conduct. In sum, there is nothing for the Court to order to be produced concerning either officer.

IT IS SO ORDERED.

Dated: **May 16, 2014**              **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE