BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00421-LJO-SKO |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JONATHAN ERIK HERRERA, | |
| Defendant. | |

Based upon the plea agreement entered into between United States of America and defendant Jonathan Erik Herrera, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant Jonathan Erik Herrera's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. All ammunition seized in this case including four (4) rounds of Tulammo 380 ACP and two (2) rounds of PMC 380 Auto, and

    b. A Davis Industries pistol, Model P380.

2. The above-listed assets constitute firearms or ammunition involved in or used in a knowing violation of 18 U.S.C. § 922(g)(1).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of

1  Alcohol, Tobacco, Firearms and Explosives in its secure custody and control.

2       4.      a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule
3  171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of
4  the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney
5  General may direct shall be posted for at least 30 consecutive days on the official internet government
6  forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct
7  written notice to any person known to have alleged an interest in the property that is the subject of the
8  order of forfeiture as a substitute for published notice as to those persons so notified.

9              b. This notice shall state that any person, other than the defendant, asserting a legal
10 interest in the above-listed property, must file a petition with the Court within sixty (60) days from the
11 first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or
12 within thirty (30) days from receipt of direct written notice, whichever is earlier.

13      5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this
14 Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in
15 which all interests will be addressed.

16      6.      The government, in its discretion, shall conduct discovery, including written discovery,
17 the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of
18 property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal
19 Procedure.

IT IS SO ORDERED.

   Dated:   **July 1, 2014**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

PRELIMINARY ORDER OF FORFEITURE                    2