1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 1:12-CR-00421-LJO-SKO

12              Plaintiff,              FINAL ORDER OF FORFEITURE

13       v.

14 JONATHAN ERIK HERRERA,

15              Defendant.

16

17       WHEREAS, on July 1, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting to

18 the United States all right, title, and interest of defendant Jonathan Erik Herrera, in the following

19 property:

20       a.  All ammunition seized in this case including four (4) rounds of Tulammo 380 ACP

21           and two (2) rounds of PMC 380 Auto, and

22       b.  A Davis Industries pistol, Model P380.

23       AND WHEREAS, beginning on July 15, 2014, for at least 30 consecutive days, the United

24 States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

25 site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the

26 Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

27 validity of their alleged legal interest in the forfeited property;

28 ///

FINAL ORDER OF FORFEITURE                    1

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Jonathan Erik Herrera.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **November 6, 2014**         **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE